FILED

SEP - 9 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CRIMINAL NO. 26-cr-30111-SPM
)
ASHLEY J. FULMER, )
JASON A. BRISTOW, )
TREVEONTE L. CALDWELL, )
JEREMY D. CHURCHMAN, )
BRENDA L. DONITHAN, )
ETHAN C. HUMBERT, )
DOUGLAS F. MANNS, )
WESLEY P. MARTIN, )
CHIRSTOPHER M. PALMER, )
ROBERT L. TIDWELL, )
MICHAEL A. WITTMAN, ) Title 18,
) United States Code,
Defendants. ) Sections 2, 371, 2312, 2313

SUPPRESSED

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
## CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES

I. Objects of the Conspiracy

1) The objects of the conspiracy were for the defendants and their co-conspirators to steal motor vehicles from a warehouse belonging to A.R. in St. Louis, Missouri; to transport those stolen motor vehicles in interstate commerce into and through the Southern District of Illinois; to possess, store, and conceal the stolen motor vehicles at residences and businesses in Illinois; and to enrich themselves by selling and disposing of the stolen motor vehicles, in whole and in part.

II. Statutory Allegations

2) Beginning on or about December 24, 2025, and continuing through April 2026, in Madison County, within the Southern District of Illinois and elsewhere,

**ASHLEY J. FULMER,**
**JASON A. BRISTOW,**
**TREVONTE L. CALDWELL,**
**JEREMY D. CHURCHMAN,**
**DOUGLAS F. MANNS,**
**WESLEY P. MARTIN,**
**CHRISTOPHER M. PALMER,**
**ROBERT L. TIDWELL, and**
**MICHAEL A. WITTMAN,**

defendants herein, knowingly and willfully conspired and agreed together and with each other, and with other persons both known and unknown to the grand jury, to commit offenses against the United States, that is:

a) to transport in interstate commerce a motor vehicle, knowing the same to be stolen, in violation of Title 18, United States Code, Section 2312; and

b) to receive, possess, conceal, store, sell, and dispose of a motor vehicle, which had crossed a State boundary after being stolen, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2313.

III. Manner and Means

The objects of the conspiracy were accomplished, in part, by the following manner and means:

3) The co-conspirators agreed to enter a warehouse in St. Louis, Missouri, containing A.R.'s automobile and motorcycle collection, and to steal motor vehicles from that warehouse. They made multiple trips to the warehouse, including initial trips to survey the warehouse, examine the motor vehicle collection, claim particular vehicles, and plan how to remove them.

4) Between December 29, 2025, and January 2, 2026, the co-conspirators returned to the warehouse in St. Louis, Missouri, multiple times, with pickup trucks, trailers, vans, and rental trucks. They stole motor vehicles from the warehouse and loaded them into their own vehicles.

5) The co-conspirators transported the stolen motor vehicles from St. Louis, Missouri, into and through the Southern District of Illinois, including across the Clark and Poplar Street Bridges and through Madison and St. Clair Counties, to residences and businesses in Illinois, where they possessed, stored, and concealed the stolen motor vehicles.

6) The co-conspirators then sold and disposed of the stolen motor vehicles.

IV. Overt Acts

In furtherance of the conspiracy, and to effect the objects thereof, the defendants committed and caused to be committed the following overt acts, among others, in the Southern District of Illinois and elsewhere:

7) Between December 26, 2025, and December 30, 2025, Defendants **FULMER** and PALMER recruited **TIDWELL** and discussed taking motor vehicles from the warehouse. During the co-conspirators' initial trip to the warehouse, the co-conspirators looked at the contents of the automobile and motorcycle collection in the warehouse and planned what to steal. In the following days, the co-conspirators made multiple trips from Illinois to A.R.'s warehouse in St. Louis, Missouri, where they stole motor vehicles and other goods.

8) On or about December 31, 2025, Defendants **FULMER**, **BRISTOW**, and **WITTMAN** stole a 1972 Chevrolet Chevelle SS from the warehouse. Defendants **TIDWELL** and **MARTIN** moved and rearranged motorcycles inside the warehouse so the Chevelle could be removed. After the ignition was broken so the car could be started without a key, **FULMER** transported the stolen Chevelle to Illinois.

9) Between December 31, 2025, and February 12, 2026, Defendants **FULMER**, **BRISTOW**, and **CHURCHMAN** arranged to sell the 1972 Chevrolet Chevelle to **HUMBERT** for $9,500 cash in Alton, Illinois, when the fair market value of the Chevelle was approximately

$50,000. The sellers could not produce a title for the Chevelle, and the ignition had been punched out.

10) Between December 29, 2025, and January 2, 2026, **PALMER** stole a 1997 John Deere model 6675 skid steer from the warehouse and transported it to Illinois.

11) Between December 29, 2025, and January 2, 2026, **CALDWELL** and **TIDWELL** stole a 1937 Ford dirt track race car with a flathead V-8 engine from the warehouse and transported the motor vehicle through Madison County, Illinois.

12) Between December 29, 2025, and January 6, 2026, Defendants **BRISTOW** and **MANNS** possessed and transported a white "Mini Indy" race car with a 500-cc Polaris engine, which was stolen from the warehouse in St. Louis. **MANNS** transported the race car using a pickup truck rented by **CHURCHMAN**. **CHURCHMAN** drove his own car and acted as a lookout. **MANNS** took pictures of the "Mini Indy" to list the stolen motor vehicle for sale online. **BRISTOW** transported the race car using his van and stored the race car in Alton, Illinois.

13) Between December 29, 2025, and January 13, 2026, Defendants **TIDWELL**, **CALDWELL**, and **MARTIN** removed motorcycles from the warehouse in St. Louis, Missouri, and transported them from Missouri into Illinois. **CALDWELL** offered multiple motorcycles stolen from the warehouse for sale, including: a black Bultaco motorcycle with flames painted on the gas tank; a silver Bultaco motorcycle with a black gas tank and race number 95; a red and white motorcycle with a checkered stripe and race number 95; and a silver Sherco trials 2.9 motorcycle. A blue Suzuki X6 Hustler motorcycle and a white Ossa motorcycle, both stolen from the warehouse, were later recovered from **TIDWELL's** property.

14) Between December 30, 2025, and January 7, 2026, **MANNS**, **PALMER**, and **CHURCHMAN** stole motorcycles from the warehouse and transported them into Illinois. **WITTMAN** and **MANNS** stole a Yamaha XT600, loaded it onto **WITTMAN's** truck and

transported it to **MANNS'** and **DONITHAN's** residence in Alton, Illinois. **MANNS** and **DONITHAN** transported a red Cushman classic motorcycle stolen from the warehouse to a storage unit in Illinois, where it was stored and concealed.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**
**SALE OR POSSESSION OF STOLEN MOTOR VEHICLE**

On or about December 31, 2025, in Madison County, within the Southern District of Illinois,

**ASHLEY J. FULMER,**
**JASON A. BRISTOW,**
**JEREMY D. CHURCHMAN, and**
**ETHAN C. HUMBERT,**

the defendants, aided and abetted by each other, did receive, possess, conceal, store, barter, sell, and dispose of a stolen motor vehicle, that is, a 1972 Chevrolet Chevelle SS, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on or about December 31, 2025, in St. Louis, Missouri, and subsequently brought into the State of Illinois, knowing the same to have been stolen, in violation of Title 18, United States Code, Sections 2 and 2313.

**COUNT 3**
**SALE OR POSSESSION OF STOLEN MOTOR VEHICLE**

Starting on or about December 29, 2025, and continuing through January 6, 2026, in Madison County, within the Southern District of Illinois,

**JASON A. BRISTOW,**
**JEREMY P. CHURCHMAN, and**
**DOUGLAS F. MANNS,**

the defendants, aided and abetted by each other, did receive, possess, conceal, store, barter, sell, and dispose of a stolen motor vehicle, that is, a "Mini Indy" race car with a Polaris 500-cc engine, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen

between December 29, 2025, and January 2, 2026, in St. Louis, Missouri, and subsequently brought into the State of Illinois, knowing the same to have been stolen, in violation of Title 18, United States Code, Sections 2 and 2313.

**COUNT 4**
**SALE OR POSSESSION OF STOLEN MOTOR VEHICLE**

Between January 1, 2026, and January 8, 2026, in Madison County, within the Southern District of Illinois,

**CHRISTOPHER PALMER,**

the defendant, did receive, possess, conceal, store, barter, sell, and dispose of a stolen motor vehicle, that is, a John Deere Model 6675 skid steer, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen between December 26, 2025, and January 2, 2026, in St. Louis, Missouri, and subsequently brought into the State of Illinois, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2313.

**COUNT 5**
**INTERSTATE TRANSPORTATION OF A STOLEN VEHICLE**

Between December 29, 2025, and January 13, 2026, in Madison County, within the Southern District of Illinois,

**TREVONTE L. CALDWELL and**
**ROBERT L. TIDWELL,**

the defendants, aided and abetted by each other, did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a blue Suzuki X6 Hustler motorcycle, from the State of Missouri to the State of Illinois, knowing the same to be stolen, in violation of Title 18, United States Code, Sections 2 and 2312.

**COUNT 6**
**INTERSTATE TRANSPORTATION OF A STOLEN VEHICLE**

Between December 29, 2025, and January 3, 2026, in Madison County, within the Southern District of Illinois,

**TREVONTE L. CALDWELL and**
**ROBERT L. TIDWELL,**

the defendants, did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a 1937 Ford flat-head V-8 race car with race number 007, from the State of Missouri to the State of Illinois, knowing the same to be stolen, in violation of Title 18, United States Code, Sections 2 and 2312.

**COUNT 7**
**INTERSTATE TRANSPORTATION OF A STOLEN VEHICLE**

Between December 29, 2025, and January 13, 2026, in Madison County, within the Southern District of Illinois,

**WESLEY P. MARTIN and**
**ROBERT L. TIDWELL,**

the defendants, aided and abetted by each other, did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a Harley Davidson model 883 motorcycle with orange wheels, from the State of Missouri to the State of Illinois, knowing the same to be stolen, in violation of Title 18, United States Code, Sections 2 and 2312.

**COUNT 8**
**SALE OR POSSESSION OF STOLEN MOTOR VEHICLE**

Between December 29, 2025, and January 15, 2026, in Madison County, within the Southern District of Illinois,

**DOUGLASS MANNS and**
**MICHAEL A. WITTMAN,**

the defendants, did receive, possess, conceal, store, barter, sell, and dispose of a stolen motor vehicle, that is, a brown Shriner-style parade car, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen between December 29, 2025, and January 2, 2026, in St. Louis, Missouri, and subsequently brought into the State of Illinois, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2313.

**<u>COUNT 9</u>**
**SALE OR POSSESSION OF STOLEN MOTOR VEHICLE**

Between December 29, 2025, and January 15, 2026, in Madison County, within the Southern District of Illinois,

**DOUGLASS MANNS and
MICHAEL A. WITTMAN,**

the defendants, did receive, possess, conceal, store, barter, sell, and dispose of a stolen motor vehicle, that is, a red and white Yamaha XT600 motorcycle, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen between December 29, 2025, and January 2, 2026, in St. Louis, Missouri, and subsequently brought into the State of Illinois, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2313.

**<u>COUNT 10</u>**
**SALE OR POSSESSION OF STOLEN MOTOR VEHICLE**

Between December 29, 2025, and January 15, 2026, in Madison County, within the Southern District of Illinois,

**DOUGLASS MANNS and
BRENDA DONITHAN,**

the defendants, did receive, possess, conceal, store, barter, sell, and dispose of a stolen motor vehicle, that is, a red Cushman classic motorcycle, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen between December 29, 2025, and January 2,

2026, in St. Louis, Missouri, and subsequently brought into the State of Illinois, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2313.

## FORFEITURE ALLEGATION

As a result of the commission of the offenses described in Counts 1 through 10 of this Indictment,

**ASHLEY J. FULMER,**
**JASON A. BRISTOW,**
**TREVONTE L. CALDWELL,**
**JEREMY D. CHURCHMAN,**
**BRENDA L. DONITHAN,**
**ETHAN C. HUMBERT,**
**DOUGLAS F. MANNS,**
**WESLEY P. MARTIN,**
**CHRISTOPHER M. PALMER,**
**ROBERT L. TIDWELL, and**
**MICHAEL A. WITTMAN,**

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 982(a)(5), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly, in any knowing violation alleged in Counts 1 through 10 of this Indictment.

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.09.05 12:53:57 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

JOHN D. A. TRIPPI
Assistant United States Attorney

| | | |
|---|---|---|
| Recommended Bonds: | FULMER: | Detention |
| | BRISTOW: | Detention |
| | CALDWELL: | Detention |
| | CHURCHMAN: | $10,000 bond |
| | DONITHAN: | Detention |
| | HUMBERT: | $5,000 bond |
| | MANNS: | Detention |
| | MARTIN: | $5,000 bond |
| | PALMER: | Detention |
| | TIDWELL: | Detention |
| | WITTMAN: | Detention |