**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 26-cr-30111-SPM -7** |
| | ) | |
| **Douglas F. Manns,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## ORDER FOR TEMPORARY DETENTION

The defendant, having appeared before the undersigned Magistrate Judge on September 14, 2026, is temporarily detained pending the detention hearing scheduled for September 16, 2026, at 2:00 PM. The defendant shall be held in custody by the United States Marshal and produced for any additional hearings.

**DATED: September 14, 2026**

**HON. GILBERT C. SISON**
**United States Magistrate Judge**